CALVIN *vs.* LA FARGE & SPALLSBURY.

The general provisions of the statute giving leave to a plaintiff to *reply*, and to a defendant to *rejoin* several matters, with leave of the court, are not applicable to the action of *replevin*.

THE defendants in an action of *replevin* asked leave to *reply double* to the pleas put in by the plaintiff to the avowry of the defendant. It was objected that the general statute as to giving leave to reply double, did not apply to the action of replevin, the pleadings therein being specially regulated by statutory provisions.

*C. Y. Lansing,* for defendants.

*J. Edwards,* for plaintiff.

*By the Court,* SUTHERLAND, J. The general provisions in the *Revised Statutes,* 2 vol. p. 356, § 27, allowing a plaintiff to *reply,* and a defendant to *rejoin* several matters, &c. with leave of the court, are not applicable to the action of replevin. The legislature have enacted every thing in relation to that action in a distinct chapter, and the mode of pleading, &c. is particularly prescribed. 2 *R. S.* 521, 528, § 38 *and* 529, § 45. The motion therefore must be denied.